**JUDGE BUCHWALD**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 4804**

---------------------------------------X
GAS MARINA OVERSEAS LTD.,            :
                                      :    07 CV _____
                    Plaintiff,        :
                                      :    ECF CASE
    - against -                       :
                                      :
SOUTHBAY SHIPPING LTD. and SILVER UNION :
GROUP LIMITED,                        :
                                      :
                    Defendants.       :
---------------------------------------X

RECEIVED
JUN 06 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: June 6, 2007
       New York, NY

The Plaintiff,
GAS MARINA OVERSEAS LTD.

By: _____
Kevin J. Lennon (KL 5072)
Patrick F. Lennon (PL 2162)
Nancy R. Peterson (NP 2871)
LENNON, MURPHY & LENNON, LLC
The Gray Bar Building
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050
facsimile (212) 490-6070
kjl@lenmur.com
nrp@lenmur.com
pfl@lenmur.com