USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

GAS MARINA OVERSEAS LTD.,

        Plaintiff,

  - against -

SOUTHBAY SHIPPING LTD. and SILVER UNION
GROUP LIMITED,

        Defendants.
---------------------------------------X

07 CV 4804 (NRB)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the Defendants that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

Dated: July 11, 2007
      Southport, CT

                  The Plaintiff,
                  GAS MARINA OVERSEAS LTD.

                  By: _____
                  Patrick F. Lennon (PL 2162)
                  Nancy R. Peterson (NP 2871)
                  LENNON, MURPHY & LENNON, LLC
                  The Gray Bar Building
                  420 Lexington Ave., Suite 300
                  New York, NY 10170
                  Phone (212) 490-6050
                  Fax (212) 490-6070
                  pfl@lenmur.com
                  nrp@lenmur.com

SO ORDERED:

_____
U.S.D.J.
7/12/07